UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )     Criminal No. 23-CR-10284-RGS |
| v. | ) |
| EVANS J. KLIMAVICH | ) |

**DEFENDANTS'S MOTION FOR PERMISSION TO TRAVEL**
**FOR FAMILY MEDICAL REASONS**

Now comes the Defendant, Evans Klimavich ("Klimavich"), and hereby moves this Honorable Court for authorization to travel for 24 hours for the following reasons and on the following terms and conditions:

1. Klimavich requests that he be allowed to travel on April 24, 2025 by car to New York City for 24 hours in order to transport his aunt, Helen Poulakis, age 68, to be treated by Adrienne A Boire, MD, Ph.D., a renowned specialist in brain metastases, leptomeningeal disease, and neuro-oncology.

2. Ms. Poulakis presently suffers from leptomeningeal cancer, which has spread to her spinal cord, paralyzing her from the waist down. Ms. Poulakis has been diagnosed as terminal and has been moved into her daughter's living room, located at 37 Flagg Street In Worcester, Massachusetts, for hospice care.

3. Klimavich needs to help physically transport his aunt to and from this medical appointment with Ms. Poulakis' husband, Stefanos, and their daughter, Anna.

4. Dr. Boire's office is located at Memorial Sloan Kettering Cancer Center, 160 East 53rd Street, in New York City, New York.

5. Dr. Boire is the Scientific Director of the Alan & Sandra Gerry Metastasis and Tumor Ecosystems Center at Sloan Kettering.

6. Klimavich will leave in the early morning from 37 Flagg Street along with Anna Poulakis, Stefano Poulakis, and Ms. Poulakis.

7. Klimavich will assist Mr. Poulakis in carrying Ms. Poulakis to and from the vehicle, her wheelchair, and her medical appointment.

8. Klimavich will return home later the same day or evening.

9. For the Court's information, Klimavich's terms and conditions of release, dated November 14, 2023, do not appear to limit travel to New York under these circumstances.

10. However, after notifying Probation of this request, Klimavich has been advised to file this motion for authorization to travel.

11. Klimavich has been in full compliance with this Court's terms and conditions of release in his case since November 2023.

Respectfully submitted,

EVANS KLIMAVICH

By his attorneys,

*/s/ Paul V. Kelly*
Paul V. Kelly (BBO No. 267010)
JACKSON LEWIS, P.C.
75 Park Plaza
Boston, MA 02116
(617) 305-1263
paul.kelly@jacksonlewis.com

Date: April 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served on the above date via the Court's ECF system upon all parties and counsel of record.

*/s/ Paul V. Kelly*
Paul V. Kelly

4920-4875-7044, v. 1